UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-1989**

_____

GWENDOLYN POUNCY,

Plaintiff - Appellant,

and

PAUL HODGES,

Plaintiff,

versus

JOHN S. BURSON; WILLIAM M. SAVAGE; FIRST NA-
TIONAL BANK OF CHICAGO, American Housing Trust
I, Boatmen's National Mortgage, Incorporated;
JOHN DOE; JANE DOE, (Aliases 1-50),

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge.
(CA-95-3611-DKC)

_____

Submitted:  September 20, 1996        Decided:  October 3, 1996

_____

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Gwendolyn Pouncy, Appellant Pro Se.  William Mapp Savage, SHAPIRO & BURSON, Arlington, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders (1) dismissing her complaint and denying her motion for a preliminary injunction and (2) denying her motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Pouncy v. Burson</u>, No. CA-95-3611-DKC (D. Md. May 16, 1996). Hodges' motion to intervene as a party to this appeal is hereby denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2